JOSEPH M. PEZZO, Appellant, *v.* FRANK PATERNO et al., Respondents.

Argued May 22, 1951; decided July 11, 1951.

*Arthur A. Beaudry* for appellant.

*Michael Nardone* for Frank Paterno, respondent.

*Andrew Wright Lent* for Nathan D. Williams, respondent.

Judgment of the Appellate Division reversed and that of Trial Term affirmed, with costs to the plaintiff-appellant in this court and in the Appellate Division, upon the ground that his proof presented an issue of fact as to whether he had been guilty of contributory negligence and the submission of that issue to the jury was proper. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.